JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FOWLER AND BEATRIZ FOWLER,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>3M Company;<br>CARRIER CORPORATION;<br>CBS CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION F/K/A WESTINGHOUSE ELECTRIC CORPORATION;<br>Crane Co.;<br>Crown Cork & Seal USA, Inc., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO MUNDET CORK COMPANY;<br>DAP, INC.;<br>GENERAL ELECTRIC COMPANY;<br>Georgia-Pacific LLC, F/K/A GEORGIA PACIFIC CORPORATION, SUCCESSOR IN INTEREST TO BESTWELL GYPSUM COMPANY;<br>HILL BROTHERS CHEMICAL COMPANY;<br>HONEYWELL INTERNATIONAL INC., INDIVIDUALLY AND AS SUCCESSOR INTEREST TO ALLIED SIGNAL, INC. AN DBENDIX CORPORATION;<br>JM MANUFACTURING COMPANY, INC. d/b/a JM PIPE MANUFACTURING COMPANY;<br>Kaiser Gypsum Company, Inc.;<br>MECHANICAL DRIVES & BELTING, f/k/a L.A. Rubber Company; | Case No. CV12-9984 RGK(JCGx)<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR REMAND<br><br>Assigned to the Honorable Judge, R. Gary Klausner<br><br>**This matter is related to:**<br>***William Fowler, et al. v. 3M Company et al.***<br>**Los Angeles Superior Court Case No.** BC493933; JCCP Case No. 4674<br><br>*[Filed concurrently with Stipulation for Remand]* |

| | |
|---|---|
| 1 | Lennox Industries, Inc.; Mannington Mills; |
| 2 | Owens-Illinois, Inc., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST |
| 3 | TO OWENS ILLINOIS GLASS COMPANY AND D/B/A O-I; |
| 4 | SEPCO CORPORATION; SOCO-WEST, INC. (f/k/a Brenntag West |
| 5 | Inc. f/k/a SoCo-Lynch Corporation, f/k/a/ SoCo-Western Chemical Corporation; |
| 6 | f/k/a Stinnes-Western Chemical Corporation; |
| 7 | TRANE U.S., INC. individually and as successor in interest to Ross Heater |
| 8 | Manufacturing Company, Inc.; UNION Carbide Corporation; |
| 9 | YARWAY CORPORATION; YORK INTERNATIONAL |
| 10 | CORPORATION, individually and as successor-in-interest to Central |
| 11 | Environmental Systems, Inc., f/k/a Borg-Warner Central Environmental Systems, |
| 12 | Inc.; York-Luxaire, Inc.; Kuxaire, Inc, and The C.A. Olsen Manufacturing Company |
| 13 | and d/b/a "Moncrief Furances" d/b/a York Heating & Air Conditioning |
| 14 | |
| 15 | and DOES 1 - 300 |
| 16 | Defendants. |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[PROPOSED] ORDER GRANTING STIPULATION FOR REMAND

1 **THIS MATTER HAVING COME BEFORE THE COURT** by the Joint Stipulation to Remand this case to the Superior Court for the State of California, Central District, Central Civil West Courthouse, by and between counsel for Plaintiffs and counsel for Defendant Crane Co. in the above referenced matter,

It is hereby, ORDERED, that this matter is REMANDED forthwith.

Dated: December 20, 2012        By: _____*Gary Klausner*_____

                                Honorable Judge R. Gary Klausner

1
[PROPOSED] ORDER GRANTING STIPULATION FOR REMAND