JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FOWLER AND BEATRIZ FOWLER,<br><br>Plaintiffs,<br><br>v.<br><br>3M Company;<br>CARRIER CORPORATION;<br>CBS CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION F/K/A WESTINGHOUSE ELECTRIC CORPORATION;<br>Crane Co.;<br>Crown Cork & Seal USA, Inc., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO MUNDET CORK COMPANY;<br>DAP, INC.;<br>GENERAL ELECTRIC COMPANY;<br>Georgia-Pacific LLC, F/K/A GEORGIA PACIFIC CORPORATION, SUCCESSOR IN INTEREST TO BESTWELL GYPSUM COMPANY;<br>HILL BROTHERS CHEMICAL COMPANY;<br>HONEYWELL INTERNATIONAL INC., INDIVIDUALLY AND AS SUCCESSOR INTEREST TO ALLIED SIGNAL, INC. AN DBENDIX CORPORATION;<br>JM MANUFACTURING COMPANY, INC. d/b/a JM PIPE MANUFACTURING COMPANY;<br>Kaiser Gypsum Company, Inc.;<br>MECHANICAL DRIVES & BELTING, f/k/a L.A. Rubber Company; | Case No. CV12-9984 RGK(JCGx)<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR REMAND<br><br>Assigned to the Honorable Judge, R. Gary Klausner<br><br>**This matter is related to:**<br>***William Fowler, et al. v. 3M Company et al.***<br>**Los Angeles Superior Court Case No.** BC493933; JCCP Case No. 4674<br><br>*[Filed concurrently with Stipulation for Remand]* |

[PROPOSED] ORDER GRANTING STIPULATION FOR REMAND

| | |
|---|---|
| 1 | Lennox Industries, Inc.; Mannington Mills; |
| 2 | Owens-Illinois, Inc., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST |
| 3 | TO OWENS ILLINOIS GLASS COMPANY AND D/B/A O-I; |
| 4 | SEPCO CORPORATION; SOCO-WEST, INC. (f/k/a Brenntag West |
| 5 | Inc. f/k/a SoCo-Lynch Corporation, f/k/a/ SoCo-Western Chemical Corporation; |
| 6 | f/k/a Stinnes-Western Chemical Corporation; |
| 7 | TRANE U.S., INC. individually and as successor in interest to Ross Heater |
| 8 | Manufacturing Company, Inc.; UNION Carbide Corporation; |
| 9 | YARWAY CORPORATION; YORK INTERNATIONAL |
| 10 | CORPORATION, individually and as successor-in-interest to Central |
| 11 | Environmental Systems, Inc., f/k/a Borg-Warner Central Environmental Systems, |
| 12 | Inc.; York-Luxaire, Inc.; Kuxaire, Inc, and The C.A. Olsen Manufacturing Company |
| 13 | and d/b/a "Moncrief Furances" d/b/a York Heating & Air Conditioning |
| 14 | |
| 15 | and DOES 1 - 300 |
| 16 | Defendants. |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[PROPOSED] ORDER GRANTING STIPULATION FOR REMAND

1  **THIS MATTER HAVING COME BEFORE THE COURT** by the Joint
2  Stipulation to Remand this case to the Superior Court for the State of California,
3  Central District, Central Civil West Courthouse, by and between counsel for Plaintiffs
4  and counsel for Defendant Crane Co. in the above referenced matter,

5  It is hereby, ORDERED, that this matter is REMANDED forthwith.

12  Dated: December 20, 2012          By: _____*Gary Klausner*_____
13                                         Honorable Judge R. Gary Klausner